## (November 27, 1956)

■ SAMUEL SHENKMAN, Respondent, v. WALTER F. O'MALLEY, Appellant.— Order granting plaintiff's motion to strike certain affirmative defenses in the answer, having become academic by virtue of the decision of this court in *Shenkman* v. *O'Malley* (*ante*, p. 567), is dismissed. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.

■ LOUIS BRACCO, Respondent, v. ARRO SPORTSWEAR CO., INC., Appellant, et al., Defendant.— Considering all of the evidence in the light most favorable to plaintiff and giving him the benefit of every inference which reasonably may be drawn therefrom, it may not be said that the assault by defendant's employee was committed within the scope of employment or in furtherance of defendant's business, either as a benefit or an intended benefit thereto (*Oneta* v. *Tocci Co.*, 271 App. Div. 681, affd. 297 N. Y. 629). Judgment unanimously reversed, with costs to the appellant, the motion made by the defendant, at the close of the entire case, to dismiss the complaint for failure of proof granted, and judgment is directed to be entered in favor of defendant dismissing the complaint herein, with costs. Concur — Peck, P. J., Breitel, Cox, Frank and Bastow, JJ.

■ In the Matter of the Liquidation of PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK. LEFFERT HOLZ, as Superintendent of Insurance, Liquidator of PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent; NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ MUNSEY CANDLELIGHT CORPORATION, Appellant, v. ELEANOR P. M. KIERNAN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The application for a temporary injunction was properly denied. Determination of the issues should await a trial, which may be had promptly. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of ABE WEISTROP, Respondent, against NECCHI SEWING MACHINE SALES CORP. et al., Appellants.— Order referring certain issues herein to an Official Referee to hear and report, unanimously affirmed. Settle order on notice. Order denying respondent's cross motion for a change of venue from Bronx County to New York County, and for other relief, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of STATE TAX COMMISSION, Respondent, against DONALD E. WHITEHEAD et al., as Copartners Doing Business under the Name of WHITEHEAD, SANGER & HOIDGE, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ BETTY A. THOMAS, Plaintiff, v. DANIEL DOUGLAS et al., Respondents. MCCARTHY & MCGRATH, Appellants.— On the record before us, we cannot and we do not mean to fix or determine the rights of the parties in interest. Concededly, in December, 1955, the insurance company undertook to defend respondents in an action for personal injuries instituted against them by the plaintiff and retained appellants for that purpose. Appellants appeared, filed an answer, demanded a bill of particulars and conducted an examination before trial. On these facts, all that we hold is that Special Term properly denied the application of appellants — predicated on the cavalier conclusions and direction of the insurance company — to withdraw as attorneys for respondents. Order unanimously affirmed, with $20 costs and disbursements to the respondents. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.